| | | |
|---|---|---|
| | UNITED STATES COURT OF APPEALS | **FILED** |
| | FOR THE NINTH CIRCUIT | JUN 25 2025 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| NICOLAS C. SMITH-WASHINGTON, on behalf of himself and all others similarly situated; et al., | No. 25-128<br>D.C. No. 3:23-cv-00830-VC<br>Northern District of California, San Francisco |
| Plaintiffs - Appellees, | |
| JAMES KIRKHAM and MATTHEW SESSOM, | ORDER |
| Objectors - Appellants, | |
| v. | |
| TAXACT, INC., an Iowa corporation, | |
| Defendant - Appellee. | |

The answering brief submitted by Appellee TaxAct, Inc. is filed.

Within 7 days of this order, Appellee TaxAct, Inc. must file 6 copies of the brief in paper format bound with red front cover pages. Each copy must include certification at the end that the copy is identical to the electronic version. The Form 18 certificate is available on the Court's website, at

http://www.ca9.uscourts.gov/forms.

The excerpts of record submitted by Appellee TaxAct, Inc. are filed. Within 7 days of this order, Appellee TaxAct, Inc. is ordered to file 3 copies of the excerpts in paper format securely bound on the left side, with white front cover

pages.

The paper copies must be sent to the Clerk's principal office. The delivery and overnight mailing address is 95 Seventh Street, San Francisco, CA 94103. The regular U.S. mailing address is P.O. Box 193939, San Francisco, CA 94119-3939.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT